Matt Valenti, Esq. (State Bar No. 253978)
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189
E-mail: mattvalenti@valentilawapc.com

Attorney for Plaintiff Raul Uriarte-Limon

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>  Plaintiff,<br><br>vs.<br><br>RYSH REALTY GROUP LP, a California limited partnership; and DOES 1-10,<br><br>  Defendants. | Case No.: 5:23-cv-01919-SSS-SPx<br><br>NOTICE OF SETTLEMENT |

NOTICE OF SETTLEMENT - 1

Plaintiff RAUL URIARTE-LIMON hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense and further the interests of judicial economy. Plaintiff therefore applies to this Honorable Court to vacate all currently set dates with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

Respectfully submitted,

DATED: December 7, 2023                         VALENTI LAW APC

                                    By:   */s/ Matt Valenti*
                                          Matt Valenti, Esq.
                                          Attorney for Plaintiff